481 A.2d 854

**Paul M. MOORMAN and Diana C. Moorman, husband and wife**

v.

**J.B. TINGLE and Alma Tingle, husband and wife, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 1984.

Decided Sept. 24, 1984.

Susan H. Wilkie, Feldstein, Grinberg, Stein & McKee, Pittsburgh, for appellants.

Richard A. Bell, Clearfield, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.